IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GARY & CHERIE DEVERAUX, STEVE & JUDY WOODARD, CHRISTINE BLAYLOCK, KYLE LANGE, JOHN & JOYCE MCDONALD, TIM & CHRISTI REISENAUER, DESTINY MANYEN, DALLAS & VEONCA BUDELL, LAURE ROSWELL, and CARLA MCCRACKEN, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>MEADOWLARK OF BILLINGS LLC, and HAVENPARK MANAGEMENT LLC,<br><br>    Defendants. | Case No. CV 22-136-BLG-SPW<br><br>**ORDER DISMISSING COUNT V OF PLAINTIFFS' THIRD AMENDED COMPLAINT** |

  Defendants having moved to dismiss Count V of Plaintiffs' Third Amended Complaint (Doc. 35) and Plaintiffs stipulating thereto (Doc. 37), Defendant's Motion to Dismiss Count V of Plaintiffs' Third Amended Complaint (Doc. 35) is now unopposed. Therefore, for the reasons stated in Plaintiffs' Stipulation,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Count V of Plaintiffs' Third Amended Complaint (Doc. 35) is **GRANTED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of June 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge