IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GARY & CHERIE DEVERAUX, STEVE & JUDY WOODARD, CHRISTINE BLAYLOCK, KYLE LANGE, JOHN & JOYCE MCDONALD, TIM & CHRISTI REISENAUER, DESTINY MANYEN, DALLAS & VEONCA BUDELL, LAURE ROSWELL, and CARLA MCCRACKEN, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>MEADOWLARK OF BILLINGS LLC, and HAVENPARK MANAGEMENT LLC,<br><br>　　　　　Defendants. | Case No. CV 22-136-BLG-SPW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon the Stipulated Motion for Dismissal (Doc. 47), between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 16th day of October 2023.

　　　　　　　　　　　　　　　　　/s/ Susan P. Watters
　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　United States District Judge

1